

# Saiber
ATTORNEYS AT LAW

WRITER'S DIRECT DIAL: (973) 645-4815
WRITER'S DIRECT E-MAIL: vproto@saiber.com

June 14, 2024

**VIA ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

The initial pretrial conference is adjourned until **June 21, 2024**, at **3:30 p.m.**  The parties shall submit their materials no later than **June 18, 2024**, at **2:00 p.m.**

**SO ORDERED.**

Dated: June 14, 2024
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

**Re:    Greater New York Mutual Insurance Company v. United States Liability Insurance Company**
**Civil Action No. 1:24-cv-3633-JLR**

Dear Judge Rochon:

   We are counsel for Defendant United States Liability Insurance Company ("USLI").

   We are writing jointly on behalf of the parties to request an adjournment of the Initial Pretrial Conference scheduled for June 18, 2024, as well as to reschedule the date for submitting the required joint letter with a proposed Civil Case Management Plan and Scheduling Order, which is due today. There have been no prior requests for an adjournment.

   Counsel are available for the Initial Pretrial Conference on June 21, 2024. We respectfully request that the conference be completed before 4:30 p.m. as Plaintiff's counsel has another conference scheduled at that time in the Southern District. If the June 21 date is not available to the Court, we will provide additional dates.

   Counsel also propose to submit the joint letter with a proposed Civil Case Management Plan and Scheduling Order by 5:00 p.m. on June 18, 2024. Please let us know if this is acceptable to the Court.

   We greatly appreciate Your Honor's attention to this matter.

Respectfully submitted,

VINCENT J. PROTO

VJP/ao
cc:   Kelly E. Petter, Esq. (via email)