

**Saiber**
ATTORNEYS AT LAW

WRITER'S DIRECT DIAL: (973) 645-4815
WRITER'S DIRECT E-MAIL: vproto@saiber.com

February 27, 2025

**VIA ECF**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The requested adjournment is GRANTED. The post-discovery, pre-motion, pre-trial conference is rescheduled to March 27, 2025 at 3:00 p.m.
>
> **SO ORDERED.**
>
> Date:   February 28, 2025
>         New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:  **Greater New York Mutual Insurance Company v. United States Liability Insurance Company**
     **Civil Action No. 1:24-cv-3633-JLR**

Dear Judge Rochon:

We are writing on behalf of Defendant United States Liability Insurance Company ("USLI") to request an adjournment of the pre-motion conference scheduled for 2:30pm on March 11, 2025. Counsel for Plaintiff Greater New York Mutual Insurance Company ("GNY") have consented to the requested adjournment.

The reason for this adjournment request is that I have a previously scheduled medical procedure on March 11. There have been no prior requests to adjourn the pre-motion conference, and, presently, there are no other scheduled dates in this matter.

Subject to the adjournment, counsel are available for the pre-motion conference on March 27, March 28, and April 3. We will provide additional dates if necessary.

We greatly appreciate Your Honor's attention to this matter.

Respectfully submitted,

VINCENT J. PROTO

VJP/ao
cc:  All Counsel of Record (via ECF)