USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/03/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREATER NEW YORK MUTUAL INSURANCE COMPANY,

Plaintiff,

-v-

UNITED STATES LIABILITY INSURANCE COMPANY,

Defendant.

24-cv-3633 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

By Order of July 2, 2026, the Court ordered the parties to meet and confer and file a proposed judgment consistent with that Order. Dkt. No. 48. The parties jointly submitted a proposed judgment and characterized the judgment as "Partial Final Judgment." Dkt. No. 50. The Court understood its Opinion and Order on the parties' motions for summary judgment to address and resolve all claims alleged in the complaint and to end the action, permitting appeal. It therefore is prepared to enter final judgment in the form submitted. Any party opposed to the issuance of final judgment shall file a letter by September 10, 2026 informing the Court of any claims in the complaint not resolved by the Opinion and Order of March 25, 2026, or any other reason why final judgment cannot be entered.

SO ORDERED.

Dated: September 3, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge